HYMAN SPECTOR, an Infant, etc., and Another v. SAMUEL S. SONDERS.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB MENCHER v. MAX NAIMARK, Impleaded with LOUIS PIZITZ.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN CARR v. FRANCES ALDA.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NICK HAUGHLAND v. UPPERCU CADILLAC CORPORATION and Another.— Motion to dismiss appeal denied as to defendant Uppercu Cadillac Corporation, and granted as to defendant Milton B. Yost. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MOARDEC JAMES and Another, v. B. W. SANGOR & Co.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BENNY MEKLER v. QUEEN INSURANCE COMPANY OF AMERICA.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin amd O'Malley, JJ.

OPPENHEIMER-ALSOP COMPANY, a Foreign Corporation, v. NEW YORK CENTRAL RAILROAD COMPANY, a New York Corporation. ELSIE ARONSTEIN v. NEW YORK CENTRAL RAILROAD COMPANY, a New York Corporation.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALBERT LOWENFELD and Another v. MARIE WACHTER.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DAVID M. WORRELL v. HARTFORD ACCIDENT AND INDEMNITY COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSE NEWBERG and Another v. R. H. MACY & COMPANY, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGIE C. ARCHER v. PHILIP CORBIN.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS SABLER v. MONOWATT CORPORATION.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHARLES H. McCARTHY v. CHARLES W. CULKIN, as Sheriff of New York County. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALEXANDER E. BLOCK v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of JAMES F. CAHILL against GROVER A. WHALEN, Police Commissioner of the City of New York.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

NATHAN BLAUSTEIN v. NEW YORK RAILWAYS CORPORATION, Impleaded, etc.—